■ In the Matter of MARINE MIDLAND BANK, as Trustee Under the Last Will and Testament of JOHN P. HERRMANN, Deceased. CANISIUS COLLEGE et al., Appellants, v MARINE MIDLAND BANK, N. A., et al., Respondents. (Appeal No. 3.)— Order unanimously reversed on the law without costs and motion denied. Memorandum: In view of our determination that the charitable remaindermen are entitled to summary judgment *(see, Matter of Herrmann* [appeal No. 1], 127 AD2d 999), there is no basis for the summary removal of counsel for the charitable remaindermen since there is no risk of their attorney being called as a witness (Code of Professional Responsibility DR 5-102). (Appeal from order of Erie County Surrogate's Court, Mattina, S.—disqualify law firm.) Present— Callahan, J. P., Doerr, Green, Pine and Davis, JJ.